IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| IN RE: Molina, John Glenn | Case Number: 05 B 64084 |
| | Judge: Squires, John H |
| Printed: 03/10/09 | Filed: 12/20/05 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Completed: March 9, 2009
Confirmed: February 8, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 46,990.00 | |
| Secured: | | 0.00 |
| Unsecured: | | 42,363.81 |
| Priority: | | 0.00 |
| Administrative: | | 2,000.00 |
| Trustee Fee: | | 2,626.19 |
| Other Funds: | | 0.00 |
| Totals: | 46,990.00 | 46,990.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Peter F Geraci | Administrative | 2,000.00 | 2,000.00 |
| 2. | Citibank | Unsecured | 7,701.87 | 0.00 |
| 3. | ECast Settlement Corp | Unsecured | 568.92 | 1,359.63 |
| 4. | RoundUp Funding LLC | Unsecured | 29.27 | 69.94 |
| 5. | Sallie Mae | Unsecured | 4,124.77 | 9,857.47 |
| 6. | Capital One | Unsecured | 771.37 | 1,843.46 |
| 7. | ECast Settlement Corp | Unsecured | 2,649.89 | 6,332.77 |
| 8. | ECast Settlement Corp | Unsecured | 87.57 | 209.29 |
| 9. | ECast Settlement Corp | Unsecured | 2,444.08 | 5,840.94 |
| 10. | B-Real LLC | Unsecured | 1,043.14 | 2,492.96 |
| 11. | Sallie Mae | Unsecured | 475.76 | 1,136.99 |
| 12. | Educational Credit Management Corp | Unsecured | 10,712.60 | 0.00 |
| 13. | Resurgent Capital Services | Unsecured | 5,531.96 | 13,220.36 |
| 14. | University of Illinois CU | Unsecured | | No Claim Filed |
| 15. | Mid America Bank | Unsecured | | No Claim Filed |
| | | | $ 38,141.20 | $ 44,363.81 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.5% | 348.85 |
| 5% | 153.16 |
| 4.8% | 401.54 |
| 5.4% | 891.88 |
| 6.5% | 494.50 |
| 6.6% | 336.26 |
| | $ 2,626.19 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| IN RE:  Molina, John Glenn | Case Number:  05 B 64084 |
| | Judge:  Squires, John H |
| Printed: 03/10/09 | Filed:  12/20/05 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

    Marilyn O. Marshall, Trustee, by:

*[signature]*